FORM B5
(12/03)

| United States Bankruptcy Court<br>_____SOUTHERN_____ District of _____NEW YORK_____ | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>CashPoint Network Services, Inc. | ALL OTHER NAMES used by debtor in the last 6 years<br>(Include married, maiden, and trade names.) |
|---|---|
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D.<br>NO. (If more than one, state all.)  13-3857072 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>143 West 72nd Street<br>New York, New York 10023 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>New York | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)
New York, New York

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

[XX] Chapter 7            [ ] Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
[ ] Debts are primarily consumer debts
[XX] Debts are primarily business debts

TYPE OF DEBTOR
[ ] Individual          [ ] Stockbroker
[ ] Partnership         [ ] Commodity Broker
[XX] Corporation        [ ] Railroad
[ ] Other: _____

BRIEFLY DESCRIBE NATURE OF BUSINESS
Money transmission

| VENUE | FILING FEE (Check one box) |
|---|---|
| [XX] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>[ ] A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | [XX] Full Filing Fee attached<br><br>[ ] Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>N/A | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

ALLEGATIONS
(Check applicable boxes)                                COURT USE ONLY

1. [XX] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [XX] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. [XX] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute;
    or
  b. [ ] Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

FORM 5 Involuntary Petition
(6/92)

Name of Debtor _CashPoint Network Services, Inc._

Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Kathy Scopp (VP & General Counsel)<br>Signature of Petitioner or Representative (State title)<br>Time Warner Cable of New York City, a division of Time Warner Entertainment Company, L.P.<br>Name of Petitioner         Date Signed 4/22/04 | x _[signature]_ 4/22/04<br>Signature of Attorney          Date<br>Patterson, Belknap, Webb & Tyler LLP (DD 3055)<br>Name of Attorney Firm (If any)<br>1133 Avenue of the Americas<br>Address<br>New York, New York 10036 |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Kathy Scopp<br>120 East 23rd Street<br>New York, New York 10010 | Telephone No. (212) 336-2000 |
| x /s/ Charles A. Forma (Senior VP-Law)<br>Signature of Petitioner or Representative (State title)<br>CSC Holdings, Inc.          4/22/04<br>Name of Petitioner          Date Signed | x _____<br>Signature of Attorney          Date<br>_____<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Charles A. Forma<br>1111 Stewart Avenue<br>Bethpage, New York 11714 | Address<br>Telephone No. |
| x /s/ Robert D. Johnson, AESP<br>Signature of Petitioner or Representative (State title)<br>Northeast Utilities      4/22/04<br>Name of Petitioner          Date Signed | x _____<br>Signature of Attorney          Date<br>_____<br>Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Robert G. Johnson<br>107 Selden Street<br>Berlin, Connecticut 06037 | Address<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Time Warner Cable of NYC<br>120 East 23rd Street<br>New York, New York 10010 | Moneys owed | $2,500,000 (approx.) |
| CSC Holdings, Inc., 1111 Stewart Avenue<br>Bethpage, New York 11714 | Moneys owed | $1,500,000 (approx.) |
| Northeast Utilities<br>104 Selden Street<br>Berlin, Connecticut 06037 | Moneys owed | $ 800,000 (approx.) |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims |

_1_ continuation sheets attached

FORM 5 Involuntary Petition
(6/92)

Name of Debtor: **CashPoint Network Services, Inc.**

Case No. _____
(court use only)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Kathleen Case AESR (VP-Customer Service)
Signature of Petitioner or Representative (State title)
Central Maine Power Company    4/22/04
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Kathleen Case
83 Edison Drive
Augusta, Maine 04330

x /s/ Elizabeth Page Smith AESA /22/04
Signature of Attorney                Date
LeBoeuf, Lamb, Greene & McRae LLP
Name of Attorney Firm (If any) Elizabeth Page Smith
125 West 55th Street
Address
New York, New York 10019
Telephone No. (212) 424-8000

x /s/ Leon Z. Miner (Asst. General Attorney)
Signature of Petitioner or Representative (State title)
Consolidated Edison Company of New York, Inc.
Name of Petitioner           Date Signed 4/22/04

Name & Mailing Address of Individual Signing in Representative Capacity:
Leon Z. Miner
4 Irving Place
New York, New York 10003

X _____
Signature of Attorney            Date

Name of Attorney Firm (If any) _____
Address _____
Telephone No. _____

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity: _____

X _____
Signature of Attorney            Date

Name of Attorney Firm (If any) _____
Address _____
Telephone No. _____

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Central Maine Power Company<br>83 Edison Drive, Augusta, Maine 04330 | Breach of Contract | $1,000,000+ |
| Consolidated Edison Company of New York, Inc.<br>4 Irving Place, New York, New York 10003 | Moneys owed | $23,000,000 (approx.) |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$28,800,000 (approx.) |

___0___ continuation sheets attached