UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Chapter 7

CASHPOINT NETWORK SERVICES INC.                           Case No. 04-12771-REG

                                                          **STATEMENT OF**
                                                          **SMALL DIVIDENDS**

                          Debtor.

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 1 | JOHN MACEDO<br>8 PAUL DRIVE<br>WESTPORT, MA 02790 | $49.32 | $4.82 |
| 4 | GILBERTA NOVERSA<br>200 BLOSSOM ROAD<br>WEST PORT, MA 02740 | $41.35 | $4.03 |
| 6 | MR. MANUEL TORRES<br>102 LAWELEY STREET, FL. 1<br>FALL RIVER, MA 02720 | $32.37 | $3.16 |
| 75 | MONEY CENTERS<br>GERALD GOLDMAN, ESQ.<br>EDWARD P. D'ALESSIO, ESQ.,<br>WINNE, BANTA,,<br>HETHERINGTON,,BASRALIAN & KAHN,<br>P.C.,10<br>NEW YORK, NY 10016 | $37.91 | $3.71 |
| 76 | MONEY CENTERS<br>GERALD GOLDMAN, ESQ.<br>EDWARD P. D'ALESSIO, ESQ.,<br>WINNE, BANTA,,<br>HETHERINGTON,,BASRALIAN & KAHN,<br>P.C.,10<br>NEW YORK, NY 10016 | $46.71 | $4.56 |
| 78 | MONEY CENTERS<br>GERALD GOLDMAN, ESQ.<br>EDWARD P. D'ALESSIO, ESQ.,<br>WINNE, BANTA,,<br>HETHERINGTON,,BASRALIAN & KAHN,<br>P.C.,10<br>NEW YORK, NY 10016 | $40.56 | $3.96 |

| | | | |
|---|---|---|---|
| 126 | MONEY CENTERS<br>GERALD GOLDMAN, ESQ.<br>EDWARD P. D'ALESSIO, ESQ.,<br>WINNE, BANTA,,<br>HETHERINGTON,,BASRALIAN & KAHN,<br>P.C.,10<br>NEW YORK, NY 10016 | $38.58 | $3.77 |
| 26 | SAM MARCOS CHECK CASHING<br>273 S. RANCHO SANTA FE RD.<br>SAM MARCOS, CA 92069 | $25.73 | $2.51 |
| 43 | NIAGARA MOHAWK POWER CORP., A<br>NATIONAL GRID INC.<br>HISCOCK & BARCLAY LLP<br>SUSAN R. KATZOFF<br>PO BOX 4878<br>FINANCIAL PLAZA,<br>221 S. WARREN<br>SYRACUSE, NY 13221-4878 | $41.55 | $4.06 |

**TOTAL SMALL DIVIDENDS:**                                    $            **34.58**

Dated:  New York, New York
          December 4, 2008

 /s/ John S. Pereira, Trustee
JOHN S. PEREIRA
Trustee
150 EAST 58TH STREET
 14TH FLOOR
NEW YORK, NY  10155
(212) 758-5777