**PEREIRA & SINISI, LLP**
ATTORNEYS AT LAW
150 EAST 58th STREET
14th FLOOR
NEW YORK, NY 10155

(212) 758-5777
TELECOPIER (212) 751-6950

JOHN S. PEREIRA
N.Y. & FEDERAL BAR
jpereira@pereiralaw.com

ANN MARIE SINISI
N.Y. & FEDERAL BAR
asinisi@pereiralaw.com

October 26, 2009

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

RECEIVED OCT 27 2009 U.S. BANKRUPTCY COURT SDNY

Attention: Clerk of the Court

Re: CashPoint Network Services Inc.
Case No. 04-12771 REG

Dear Sir or Madam:

Enclosed please find check no. 759 in the amount of $37.83, representing dividend payments to general unsecured claimants, with regard to the above-referenced case.

The claimants are as follows:

| Claim No. | Claimant Name | Amount Filed | Dividend Payment |
|---|---|---|---|
| 1 | John Macedo<br>8 Paul Drive<br>Westport, MA 02790 | $49.32 | $4.04 |
| 4 | Gilberta Noversa<br>200 Blossom Road<br>West Port, MA 02740 | $41.35 | $3.40 |
| 6 | Mr. Manuel Torres<br>102 Laweley Street, Fl.1<br>Fall River, MA 02720 | $32.37 | $2.66 |
| 9 | Lena Ramsey<br>846 Meridian St.<br>Fall River, MA 02720 | $56.72 | $4.66 |

| | | | |
|---|---|---|---|
| 17 | Cheryl Dias<br>130 Oregon Street<br>Fall River, MA 02720 | $50.00 | $4.10 |
| 26 | Sam Marcos Check Cashing<br>273 S. Rancho Santa Fe Rd.<br>San Marcos, CA 92069 | $25.73 | $2.11 |
| 43 | Niagara Mohawk Power Corp.,<br>A National Grid Inc.<br>Hiscock & Barclay LLP<br>PO Box 4878<br>Financial Plaza<br>221 S. Warren Street<br>Syracuse, NY 13221-4878 | $41.55 | $3.41 |
| 75 | Money Centers<br>Gerald Goldman, Esq.<br>Winne, Banta, Hetherington,<br>Basralian & Kahn, P.C.<br>10 East 40th Street, Suite 1308<br>New York, NY 10016 | $37.91 | $3.11 |
| 76 | Money Centers<br>Gerald Goldman, Esq.<br>Winne, Banta, Hetherington,<br>Basralian & Kahn, P.C.<br>10 East 40th Street, Suite 1308<br>New York, NY 10016 | $46.71 | $3.84 |
| 78 | Money Centers<br>Gerald Goldman, Esq.<br>Winne, Banta, Hetherington,<br>Basralian & Kahn, P.C.<br>10 East 40th Street, Suite 1308<br>New York, NY 10016 | $40.56 | $3.33 |
| 126 | Money Centers<br>Gerald Goldman, Esq.<br>Winne, Banta, Hetherington,<br>Basralian & Kahn, P.C.<br>10 East 40th Street, Suite 1308<br>New York, NY 10016 | $38.58 | $3.17 |
| | | TOTAL: | $37.83 |

Very truly yours,

Linda Vu
Paralegal

encl.

| 17 | Cheryl Dias<br>130 Oregon Street<br>Fall River, MA 02720 | $50.00 | $4.10 |
| --- | --- | --- | --- |
| 26 | Sam Marcos Check Cashing<br>273 S. Rancho Santa Fe Rd.<br>San Marcos, CA 92069 | $25.73 | $2.11 |
| 43 | Niagara Mohawk Power Corp.,<br>A National Grid Inc.<br>Hiscock & Barclay LLP<br>PO Box 4878<br>Financial Plaza<br>221 S. Warren Street<br>Syracuse, NY 13221-4878 | $41.55 | $3.41 |
| 75 | Money Centers<br>Gerald Goldman, Esq.<br>Winne, Banta, Hetherington,<br>Basralian & Kahn, P.C.<br>10 East 40th Street, Suite 1308<br>New York, NY 10016 | $37.91 | $3.11 |
| 76 | Money Centers<br>Gerald Goldman, Esq.<br>Winne, Banta, Hetherington,<br>Basralian & Kahn, P.C.<br>10 East 40th Street, Suite 1308<br>New York, NY 10016 | $46.71 | $3.84 |
| 78 | Money Centers<br>Gerald Goldman, Esq.<br>Winne, Banta, Hetherington,<br>Basralian & Kahn, P.C.<br>10 East 40th Street, Suite 1308<br>New York, NY 10016 | $40.56 | $3.33 |
| 126 | Money Centers<br>Gerald Goldman, Esq.<br>Winne, Banta, Hetherington,<br>Basralian & Kahn, P.C.<br>10 East 40th Street, Suite 1308<br>New York, NY 10016 | $38.58 | |
| | | TOTAL: | $37.83 |

Very truly yours,

Linda Vu
Paralegal

encl.

---

PEREIRA & SINISI, LLP
ATTORNEYS AT LAW
150 EAST 58th STREET
14th FLOOR
NEW YORK, NY 10155

JOHN S. PEREIRA
N.Y. & FEDERAL BAR
jpereira@peretrialaw.com

(212) 758-5777
TELECOPIER (212) 751-6950

ANN MARIE SINISI
N.Y. & FEDERAL BAR
asinisi@peretrialaw.com

October 26, 2009

[RECEIVED OCT 27 2009 stamp]

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Attention: Clerk of the Court

Re: CashPoint Network Services Inc.
    Case No. 04-12771 REG

Dear Sir or Madam:

Enclosed please find check no. 759 in the amount of $37.83, representing dividend payments to general unsecured claimants, with regard to the above-referenced case.

The claimants are as follows:

| Claim No. | Claimant Name | Amount Filed | Dividend Payment |
| --- | --- | --- | --- |
| 1 | John Macedo<br>8 Paul Drive<br>Westport, MA 02790 | $49.32 | $4.04 |
| 4 | Gilberta Noversa<br>200 Blossom Road<br>West Port, MA 02740 | $41.35 | $3.40 |
| 6 | Mr. Manuel Torres<br>102 Laweley Street, Fl.1<br>Fall River, MA 02720 | $32.37 | $2.66 |
| 9 | Lena Ramsey<br>846 Meridian St.<br>Fall River, MA 02720 | $56.72 | $4.66 |



UNITED STATES
BANKRUPTCY COURT
Southern District of New York
Bowling Green Division

# 000032149 - KC
October 27, 2009

| Doc | Case # | Qty | Amount |
|---|---|---|---|
| UNCLAIMED | 04-12771 | | 37.83 CK |

TOTAL → 37.83

FROM: UNCLAIMED DIVIDENDS
04-12771
JOHN L. PEREIRA

FeeDueAP, PENAP

## U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Bankruptcy Petition #: 04-12771-reg

*Date filed:* 04/22/2004

*Assigned to:* Judge Robert E. Gerber
Chapter 7
Voluntary
No asset

*Alleged Debtor*
**CashPoint Network Services, Inc.**
143 West 72nd Street
New York, NY 10023
Tax ID / EIN: 13-3857072

*Petitioning Creditor*
**Time Warner Cable of New York City, a division of Time Warner Entertainment Company, L.P.**
c/o Patterson, Belknap, Webb & Tyler LLP
Attn. David W. Dykhouse, Esq.
120 East 23rd Street
New York, NY 10010

represented by **David W. Dykhouse**
Patterson, Belknap, Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036-6710
(212) 336-2850
Fax : (212) 336-2222
Email: dwdykhouse@pbwt.com

*Petitioning Creditor*
**CSC Holdings, Inc.**
Charles A. Forma
1111 Stewart Avenue
Bethpage, NY 11714

represented by **Patrick Collins**
Farrell Fritz, P.C.
EAB Plaza
Uniondale, NY 11556
(516) 227-0649
Fax : (516) 227-0777
Email: pcollins@farrellfritz.com

*Petitioning Creditor*
**Northeast Utilities**
Robert G. Johnson
107 Selden Street
Berlin, CT 06037

*Petitioning Creditor*
**Central Maine Power Company**
Kathleen Case
83 Edison Drive

represented by **Elizabeth Page Smith**
LeBoeuf, Lamb, Greene & MacRae, LLP
125 West 55th Street

Augusta, ME 04330

New York, NY 10019
(212) 424-8580
Fax : (212) 649-0918
Email: esmith@llgm.com

**Zejreme Radoncic**
Heller Ehrman LLP
Times Square Tower
Seven Times Square
New York, NY 10036
(212) 847-8602
Fax : (212) 763-7600

*Petitioning Creditor*
**Consolidated Edison Company of New York, Inc.**
Leon Z. Miner
4 Irving Place
New York, NY 10003

represented by **Mark S. Gamell**
Torre, Lentz, Gamell, Gary & Rittmaster
100 Jericho Quadrangle
Suite 309
New York, NY 11753-2702
(516) 240-8900
Fax : (516) 240-8950
Email: mgamell@tlggr.com

*Trustee*
**John S. Pereira**
150 East 58th Street
14th Floor
New York, NY 10155
(212) 758-5777

represented by **Harold D. Jones**
Jones & Schwartz P.C.
One Old Country Road
Suite 384
Carle Place, NY 11514
Email: hjones@jonesschwartz.com

**Jeffrey H. Schwartz**
Jones & Schwartz P.C.
One Old Country Road
Suite 384
Carle Place, NY 11514
(516) 873-8700
Fax : (516) 873-8711
Email: jschwartz@jonesschwartz.com

**John S. Pereira**
150 East 58th Street
14th Floor
New York, NY 10155
(212) 758-5777
Fax : (212) 751-6905
Email: pereiraesq@pereiralaw.com

*Trustee*
**Andre M. Toffel**

represented by **Nicholas F. Kajon**
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022
(212) 319-8500
Fax : (212) 319-8505
Email: nfk@stevenslee.com

*U.S. Trustee*
**United States Trustee**
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500

represented by **Mary Elizabeth Tom**
Office of the U.S. Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
Fax : (212) 668-2255

**Paul Kenan Schwartzberg**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
(212) 510-0500
Fax : (212) 668-2255

*U.S. Trustee*
**Deirdre A. Martini**
Office of the United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004
U.S.
212-510-0500

represented by **Paul Kenan Schwartzberg**
(See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 09/24/2009 | 693 | Order Granting Motion to Authorize an Interim Distribution (Related Doc # 687 ) signed on 9/24/2009. (Blum, Helene) (Entered: 09/24/2009) |