**PEREIRA & SINISI, LLP**
**ATTORNEYS AT LAW**
**641 LEXINGTON AVENUE**
**13th FLOOR**
**NEW YORK, NY 10022**

---

| | | |
|---|---|---|
| **JOHN S. PEREIRA** | | **ANN MARIE SINISI** |
| N.Y. & FEDERAL BAR | (212) 758-5777 | N.Y. & FEDERAL BAR |
| jpereira@pereiralaw.com | Telecopier (212) 751-6950 | asinisi@pereiralaw.com |

March 3, 2016

Honorable Cecelia G. Morris
Chief United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

       Re:  CashPoint Network Services, Inc.
            Case No. 04-12771-cgm

Dear Judge Morris:

    Please allow this letter to serve as a status report in the above captioned case.

    Interim distributions of approximately 39% have been made to date. All claims have been resolved. The only matter pending was the Two Million Dollar judgment against O'Nae's & Price, Inc. The motion to domesticate judgment in Mississippi was objected to but objection was overcome on domesticating the judgment and it had been appealed. A decision was rendered in Trustee's favor and judgments against O'Nae's & Price, Inc.'s property have been filed in Mississippi.

    Trustee's attempts to sell the judgment were not productive. As such, Trustee anticipates filing his final report on or before May, 2016. If the judgment debtor attempts to sell the property upon which we filed judgments, we will move to recover same. Final report being prepared.

                                  Respectfully yours,

                                  /s/ John S. Pereira

                                  John S. Pereira
                                  Chapter 7 Trustee

JSP:AMS