UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 7 |
|---|---|
| CASHPOINT NETWORK SERVICES INC. | Case No. 04-12771-CGM |
|  | **STATEMENT OF UNCLAIMED DIVIDENDS** |
| Debtor. |  |

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 8 | TRACEY REBELB<br>39 QUARRY ST. 2 RIGHT<br>FULL RIVER, MA 02720 | $170.00 | $35.71 |
| 11 | STEVEN DAVIS<br>311 E. MAIN ST. FL 2<br>FALL RIVER, MA 02724 | $125.82 | $26.43 |
| 12 | YVONNE COVAN<br>105 BROADWAY ROAD #544<br>ROSLINDALE, MA 02131 | $82.00 | $17.23 |
| 17 | CHERYL DIAS<br>130 OREGON STREET<br>FULL RIVER, MA 02720 | $50.00 | $10.50 |
| 34 | DISCOVERY DEPOT<br>208 STATE STREET<br>MCCOMB, MS 39648 | $840.00 | $176.46 |
| 45 | BROWN'S PAWN & CYCLE<br>1600 E. MAIN STREET<br>MAGNOLIA, AR 71753 | $1,200.00 | $252.09 |
| 52 | RCN TELECOM SERVICES, INC.<br>105 CARNEGIE CENTER, ATTN: LEGAL DEPT.<br>PRINCETON, NJ 08540 | $213,233.65 | $44,794.59 |
| 67 | CITIGROUP<br>ATTN: FAVZIA NYABIOSI, ONE PENNS WAY OPS 212<br>NEW CASTLE, DE 19720 | $21,325.00 | $4,479.80 |
| 81 | GEM CHECK CASHING CORP.<br>C/O GOLDBERG & BOKOR, LLP, 138 EAST PARK AVENUE<br>LONG BEACH, NY 11561 | $6,815.00 | $1,431.65 |

| | | | |
|---|---|---|---|
| 82 | TOMPKINS EXPRESS CHECK CASHING CORP.<br>C/O GOLDBERG & BOKOR, LLP, 138 EAST PARK AVENUE<br>LONG BEACH, NY 11561 | $426.00 | $89.49 |
| 83 | VEIL CHECK CASHING CORP.<br>C/O GOLDBERG & BOKOR, LLP., 138 EAST PARK AVENUE<br>LONG BEACH, NY 11561 | $5,095.00 | $1,070.32 |
| 84 | VALE CHECKING OF NEW YORK, INC.<br>C/O GOLDBERG & BOKOR, LLP., 138 EAST PARK AVENUE<br>LONG BEACH, NY 11561 | $257.00 | $53.99 |
| 138 | DANIEL CABRERA<br>47-05 104 STREET<br>CORONA, NY 11368 | $1,625.50 | $341.47 |
| 142 | CITICORP VENDOR FINANCE INC.<br>AS ASSIGNEE OF CANON BUSINESS SOLUTIONS, ATTN: KATIE CARTER,1800 OVERCENTER DRIVE<br>MOBERLY, MO 65270 | $50,953.96 | $10,704.04 |
| 5 | MRS. MARIA TORRES<br>102 LAWELEY STREET FL.2<br>FALL RIVER, MA 02720 | $68.39 | $6.67 |
| 8 | TRACEY REBELB<br>39 QUARRY ST. 2 RIGHT<br>FULL RIVER, MA 02720 | $170.00 | $52.31 |
| 11 | STEVEN DAVIS<br>311 E. MAIN ST. FL 2<br>FALL RIVER, MA 02724 | $125.82 | $38.72 |
| 12 | YVONNE COVAN<br>105 BROADWAY ROAD #544<br>ROSLINDALE, MA 02131 | $82.00 | $25.23 |
| 17 | CHERYL DIAS<br>130 OREGON STREET<br>FULL RIVER, MA 02720 | $50.00 | $15.39 |
| 23 | PETER A. BORGES<br>992 STATE RD<br>WESTPORT, MA 02790-2422 | $107.31 | $10.48 |
| 34 | DISCOVERY DEPOT<br>208 STATE STREET<br>MCCOMB, MS 39648 | $840.00 | $258.48 |

| | | | |
|---|---|---|---|
| 38 | ISAIAH CHECK CASHING, INC.<br>CASWALL A. HART, ESQ.,CASZIE HART, P.A.,13899 BISCAYNE BLVD. #314<br>MIAMI, FL 33181 | $285.00 | $27.83 |
| 45 | BROWN'S PAWN & CYCLE<br>1600 E. MAIN STREET<br>MAGNOLIA, AR 71753 | $1,200.00 | $369.26 |
| 52 | RCN TELECOM SERVICES, INC.<br>105 CARNEGIE CENTER, ATTN: LEGAL DEPT.<br>PRINCETON, NJ 08540 | $213,233.65 | $65,615.16 |
| 65 | ASSOCIATED SUPERMARKET<br>BJKM SUPERMARKET CORP., 306 POST AVE.<br>WESTBURY, NY 11590 | $1,755.02 | $171.37 |
| 67 | CITIGROUP<br>ATTN: FAVZIA NYABIOSI, ONE PENNS WAY OPS 212<br>NEW CASTLE, DE 19720 | $21,325.00 | $6,562.02 |
| 128U | ALEKSANDAR STANOJEVIC<br>5431 N. EAST RIVER RD., APT. 918<br>CHICAGO, IL 60656 | $2,275.00 | $222.13 |
| 138 | DANIEL CABRERA<br>47-05 104 STREET<br>CORONA, NY 11368 | $1,625.50 | $500.19 |
| 142 | CITICORP VENDOR FINANCE INC.<br>AS ASSIGNEE OF CANON BUSINESS SOLUTIONS, ATTN: KATIE CARTER,1800 OVERCENTER DRIVE<br>MOBERLY, MO 65270 | $50,953.96 | $15,679.29 |
| 5 | MRS. MARIA TORRES<br>102 LAWELEY STREET FL.2<br>FALL RIVER, MA 02720 | $68.39 | $5.62 |
| 8 | TRACEY REBELB<br>39 QUARRY ST. 2 RIGHT<br>FULL RIVER, MA 02720 | $170.00 | $13.95 |
| 11 | STEVEN DAVIS<br>311 E. MAIN ST. FL 2<br>FALL RIVER, MA 02724 | $125.82 | $10.32 |
| 12 | YVONNE COVAN<br>105 BROADWAY ROAD #544<br>ROSLINDALE, MA 02131 | $82.00 | $6.73 |
| 23 | PETER A. BORGES<br>992 STATE RD<br>WESTPORT, MA 02790-2422 | $107.31 | $8.81 |

Pg 4 of 5

| | | | |
|---|---|---|---|
| 34 | DISCOVERY DEPOT<br>208 STATE STREET<br>MCCOMB, MS 39648 | $840.00 | $68.93 |
| 38 | ISAIAH CHECK CASHING, INC.<br>CASWALL A. HART, ESQ.,CASZIE HART,<br>P.A.,13899 BISCAYNE BLVD. #314<br>MIAMI, FL 33181 | $285.00 | $23.39 |
| 41 | NIAGARA MOHAWK POWER CORP., A<br>NATIONAL GRID INC.<br>HISCOCK & BARCLAY LLP (SUSAN R.<br>KATZOFF,, PO BOX 4878,FINANCIAL<br>PLAZA,221 S. WARRE<br>SYRACUSE, NY 13221-4878 | $37,142.08 | $3,047.80 |
| 42 | NIAGARA MOHAWK POWER CORP., A<br>NATIONAL GRID INC.<br>HISCOCK & BARCLAY LLP (SUSAN R.<br>KATZOFF,, PO BOX 4878,FINANCIAL<br>PLAZA,221 S. WARRE<br>SYRACUSE, NY 13221-4878 | $4,728.84 | $388.04 |
| 44 | NIAGARA MOHAWK POWER CORP., A<br>NATIONAL GRID INC.<br>HISCOCK & BARCLAY LLP (SUSAN R.<br>KATZOFF,, PO BOX 4878,FINANCIAL<br>PLAZA,221 S. WARRE<br>SYRACUSE, NY 13221-4878 | $22,490.66 | $1,845.53 |
| 45 | BROWN'S PAWN & CYCLE<br>1600 E. MAIN STREET<br>MAGNOLIA, AR 71753 | $1,200.00 | $98.47 |
| 52 | RCN TELECOM SERVICES, INC.<br>105 CARNEGIE CENTER, ATTN: LEGAL DEPT.<br>PRINCETON, NJ 08540 | $213,233.65 | $17,497.49 |
| 67 | CITIGROUP<br>ATTN: FAVZIA NYABIOSI, ONE PENNS WAY<br>OPS 212<br>NEW CASTLE, DE 19720 | $21,325.00 | $1,749.88 |
| 74 | MONEY CENTERS<br>GERALD GOLDMAN, ESQ., COURT PLAZA<br>SOUTH, 21 MAIN STREET, SUITE 101, PO BOX<br>647<br>HACKENSACK, NJ 07601-0647 | $151.09 | $12.40 |

| | | | |
|---|---|---|---|
| 77 | MONEY CENTERS<br>GERALD GOLDMAN, ESQ., COURT PLAZA SOUTH, 21 MAIN STREET, SUITE 101, PO BOX 647<br>HACKENSACK, NJ 07601-0647 | $76.49 | $6.27 |
| 106 | MR. QUICK LOAN, INC.<br>GERALD GOLDMAN, ESQ., COURT PLAZA SOUTH, 21 MAIN STREET, SUITE 101, PO BOX 647<br>HACKENSACK, NJ 07601-0647 | $6,704.56 | $550.16 |
| 119 | SAMCEIL CHECK CASHING SERVICE, INC.<br>GERALD GOLDMAN, ESQ., COURT PLAZA SOUTH, 21 MAIN STREET, SUITE 101, PO BOX 647<br>HACKENSACK, NJ 07601-0647 | $1,103.00 | $90.51 |
| 128U | ALEKSANDAR STANOJEVIC<br>5431 N. EAST RIVER RD., APT. 918<br>CHICAGO, IL 60656 | $2,275.00 | $186.68 |
| 138 | DANIEL CABRERA<br>47-05 104 STREET<br>CORONA, NY 11368 | $1,625.50 | $133.39 |
| 141 | JUDITH M. FERTIL<br>66 W. BROAD STREET<br>HAVERSTRAW, NY 10927 | $128.12 | $10.52 |
| 142 | CITICORP VENDOR FINANCE INC.<br>AS ASSIGNEE OF CANON BUSINESS SOLUTIONS, ATTN: KATIE CARTER,1800 OVERCENTER DRIVE<br>MOBERLY, MO 65270 | $50,953.96 | $4,181.17 |

**TOTAL UNCLAIMED DIVIDENDS:** **$   182,974.36**

Dated: New York, New York
        March 8, 2016

                                           /s/ John S. Pereira, Trustee
                                          John S. Pereira
                                          Chapter 7 Trustee
                                          641 Lexington Avenue, 13th Floor
                                          New York, New York  10022
                                          (212) 758-5777