UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In Re:                                              Case No. 04-12771-mkv
                                                    Chapter 7
CashPoint Network Services, Inc.

# Fees Due and Payable to the Court

A review of the docket by the clerk's office indicates that the following fees have not yet been paid and, therefore, must be promptly paid in full to the *Clerk, United States Bankruptcy Court*:

1) Filing of complaint commencing an adversary proceeding:

| Caption | Adv. Pro. Number | Date Filed | Amount Due |
|---|---|---|---|
| John S. Pereira v. WJJ Check Cashing Corp. (closed) | 05-03201-reg | 11/25/2005 | $250.00 |
|  |  |  |  |

**TOTAL: $250.00**

Date:   May 3, 2015
        New York, New York

                                        /s/ Mary Lopez
                                        Deputy Clerk