UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  Chapter 7

CASHPOINT NETWORK SERVICES INC.,   Case No. 04-12771 (MKV)

Debtor.   **STATEMENT OF SMALL DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 1 | JOHN MACEDO<br>8 PAUL DRIVE<br>WESTPORT, MA 02790 | $49.32 | $0.09 |
| 4 | GILBERTA NOVERSA<br>200 BLOSSOM ROAD<br>WEST PORT, MA 02740 | $41.35 | $0.08 |
| 5 | MRS. MARIA TORRES<br>102 LAWELEY STREET FL.2<br>FALL RIVER, MA 02720 | $68.39 | $0.12 |
| 6 | MR. MANUEL TORRES<br>102 LAWELEY STREET, FL. 1<br>FALL RIVER, MA 02720 | $32.37 | $0.06 |
| 9 | LENA RAMSEY<br>846 MERIDIAN ST.<br>FALL RIVER, MA 02720 | $56.72 | $0.10 |
| 18 | NATIONAL FUEL<br>1100 STATE STREET, PO BOX 2081<br>ERIE, PA 16512 | $162.23 | $0.30 |
| 19 | WILLIAM J. KUNEMAN<br>226 PITTSBURGH AVENUE<br>ERIE, PA 16505 | $200.23 | $0.37 |
| 29 | ANN & HOPE, INC.<br>1 ANN & HOPE WAY<br>CUMBERLAND, RI 02864 | $852.75 | $1.57 |
| 32 | COTTONLAND FINANCIAL SERVICES, INC.<br>PO BOX 596<br>NEWELLTON, LA 71357 | $333.25 | $0.62 |

| | | | |
|---|---|---|---|
| 33 | SPCP GROUP, LLP  ASSNR OF RED & WHITE EXPRESSMART<br>ATTN: BRIAN JARMAIN, 2 GREENWICH PLAZA<br>GREENWICH, CT 06830 | $265.00 | $0.49 |
| 35 | DISCOVER FINANCIAL SERVICES, INC.<br>ATTN: LISA MYERS, PO BOX 3012<br>NEW ALBANY, OH 43054 | $2,435.62 | $4.49 |
| 36 | GARDERE VILLAGE SUPERMARKET<br>ATTN: CINDY MA, 1221 GARDERE LANE, STE. FGH<br>BATON ROUGE, LA 70820 | $850.00 | $1.56 |
| 37 | CLEM'S CREATIONS<br>PO BOX 732<br>OAK GROVE, LA 71263 | $846.65 | $1.56 |
| 38 | ISAIAH CHECK CASHING, INC.<br>CASWALL A. HART, ESQ.,CASZIE HART, P.A.,13899 BISCAYNE BLVD. #314<br>MIAMI, FL 33181 | $285.00 | $0.52 |
| 47 | LIQUIDITY SOLUTIONS INC.<br>D/b/a Revenue Management, One University Plaza Suite 312<br>Hackensack, NJ 07601 | $1,787.96 | $3.30 |
| 49 | ELYSE MANCHER<br>69 MARION AVENUE<br>STATEN ISLAND, NY 10304 | $1,897.30 | $3.49 |
| 50 | DENNIS SLUDER<br>D.B.A. PET PALACE, 670 HWY 412<br>WALNUT RIDGE, AR 72476 | $571.20 | $1.05 |
| 51 | RALPH E. LOPRESTI<br>100 SAWYER AVENUE<br>STATEN ISLAND, NY 10314 | $590.00 | $1.08 |
| 61 | NICHOLE MONGEON, GENERAL COUNSEL CONTINENTAL EXPRESS MONEY ORDER COMPANY,, 1108 EAST 17TH STREET<br>SANTA ANA, CA 92701 | $2,174.20 | $4.01 |
| 62 | SERVICE REX ALL DRUGS<br>167 MAIN ST. N.<br>MENDENHALL, MS 39114 | $343.35 | $0.63 |
| 65 | ASSOCIATED SUPERMARKET<br>BJKM SUPERMARKET CORP., 306 POST AVE.<br>WESTBURY, NY 11590 | $1,755.02 | $3.24 |

| | | | |
|---|---|---|---|
| 74 | MONEY CENTERS<br>GERALD GOLDMAN, ESQ., COURT PLAZA SOUTH, 21 MAIN STREET, SUITE 101, PO BOX 647<br>HACKENSACK, NJ 07601-0647 | $151.09 | $0.28 |
| 75 | MONEY CENTERS<br>GERALD GOLDMAN, ESQ., COURT PLAZA SOUTH, 21 MAIN STREET, SUITE 101, PO BOX 647<br>HACKENSACK, NJ 07601-0647 | $37.91 | $0.07 |
| 76 | MONEY CENTERS<br>GERALD GOLDMAN, ESQ., COURT PLAZA SOUTH, 21 MAIN STREET, SUITE 101, PO BOX 647<br>HACKENSACK, NJ 07601-0647 | $46.71 | $0.08 |
| 77 | MONEY CENTERS<br>GERALD GOLDMAN, ESQ., COURT PLAZA SOUTH, 21 MAIN STREET, SUITE 101, PO BOX 647<br>HACKENSACK, NJ 07601-0647 | $76.49 | $0.14 |
| 78 | MONEY CENTERS<br>GERALD GOLDMAN, ESQ., COURT PLAZA SOUTH, 21 MAIN STREET, SUITE 101, PO BOX 647<br>HACKENSACK, NJ 07601-0647 | $40.56 | $0.07 |
| 119 | SAMCEIL CHECK CASHING SERVICE, INC.<br>GERALD GOLDMAN, ESQ., COURT PLAZA SOUTH, 21 MAIN STREET, SUITE 101, PO BOX 647<br>HACKENSACK, NJ 07601-0647 | $1,103.00 | $2.03 |
| 126 | MONEY CENTERS GERALD GOLDMAN, ESQ.<br>EDWARD P. D'ALESSIO, ESQ.,WINNE, BANTA,, HETHERINGTON,,BASRALIAN & KAHN, P.C.,10<br>NEW YORK, NY 10016 | $38.58 | $0.07 |
| 127 | J&F MINI MARKET, INC.<br>200 LEHMAN STREET<br>LEBANON, PA 17046 | $2,544.54 | $4.69 |

| | | | |
|---|---|---:|---:|
| 130 | LIQUIDITY SOLUTIONS, INC. D/B/A REVENUE MANAGEMENT, TRANSFEREE, ONE UNIVERSITY PLAZA, SUITE 312 HACKENSACK, NJ 07601 | $1,985.00 | $3.66 |
| 134 | SCOTT J. WOLFE 65 LAFAYETTE STREET RANDOLPH, MA 02368 | $199.25 | $0.37 |
| 2 | JASON DESOUTO 51 NORA AVENUE SOMERSET, MA 02725 | $501.14 | $0.92 |
| 3 | JANICE DESOUTO 134 STATE RD. WEST POINT, MA 02790 | $337.26 | $0.63 |
| 7 | ALEXANDER C. PIERCE 2822 LIBERTY ST. ERIE, PA 16508 | $150.00 | $0.27 |
| 13 | PATRICIA STEPHENS 24 B PERKER AVENUE WESTFIELD, MA 01085 | $69.00 | $0.13 |
| 14 | STEVEN FISHER 89 BALDWIN STREET FALL RIVER, MA 02720 | $120.00 | $0.22 |
| 15 | NORBERT MONIZ 305 CORY STREET, FLOOR 1 FALL RIVER, MA 02720-2838 | $79.51 | $0.15 |
| 23 | PETER A. BORGES 992 STATE RD WESTPORT, MA 02790-2422 | $107.31 | $0.19 |
| 25 | MABLE HENDERSON 2609 EAST AVENUE ERIE, PA 16504 | $162.23 | $0.30 |
| 26 | SAM MARCOS CHECK CASHING 273 S. RANCHO SANTA FE RD. SAM MARCOS, CA 92069 | $25.73 | $0.05 |
| 27 | SAM MARCOS CHECK CASHING 273 S. RANCHO SANTA FE RD. SAM MARCOS, CA 92069 | $1,357.21 | $2.51 |
| 31 | MICKEY GROCERY INC. 113-07 LIBERTY AVENUE RICHMOND HILL, NY 11419 | $328.11 | $0.60 |

| | | | |
|---|---|---|---|
| 39 | SAWEJKO COMMUNICATIONS<br>1665 SOUTH MAIN STREET, PO BOX 8<br>FALL RIVER, MA 02724-0008 | $1,628.75 | $3.01 |
| 43 | NIAGARA MOHAWK POWER CORP., A NATIONAL GRID INC.<br>HISCOCK & BARCLAY LLP (SUSAN R. KATZOFF,, PO BOX 4878,FINANCIAL PLAZA,221 S. WARRE<br>SYRACUSE, NY 13221-4878 | $41.55 | $0.07 |
| 48 | DISCOUNT PAWN AND JEWELRY, CORP.<br>3770 HIGHWAY 80 WEST<br>JACKSON, MS 39209 | $1,755.00 | $3.24 |
| 128U | ALEKSANDAR STANOJEVIC<br>5431 N. EAST RIVER RD., APT. 918<br>CHICAGO, IL 60656 | $2,275.00 | $4.20 |
| 136 | JEFF A. WALTERS<br>BOX 5383<br>PT. ARTHUR, TX 77640 | $400.54 | $0.74 |
| 137 | BRAZIL FOR YOU<br>646 WASHINGTON STREET<br>STOUGHTON, MA 02072 | $871.39 | $1.61 |
| 141 | JUDITH M. FERTIL<br>66 W. BROAD STREET<br>HAVERSTRAW, NY 10927 | $128.12 | $0.23 |
| 146 | ANA ORTIZ<br>352 SOUTH 5TH STREET<br>BROOKLYN, NY 11211 | $280.69 | $0.51 |
| 147 | LIQUIDITY SOLUTIONS, INC.<br>D/B/A REVENUE MANAGEMENT, ONE UNIVERSITY PLAZA, SUITE 312<br>HACKENSACK, NJ 07601 | $2,342.07 | $4.32 |
| 153 | CAREER GROUP INC.<br>10100 SANTA MONICA BLVD., SUITE 900<br>LOS ANGELES, CA 90067 | $1,296.00 | $2.39 |
| 154 | SCATURRO SUPERMARKETS<br>258-01 HILLSIDE AVENUE<br>FLORAL PARK, NY 11004 | $1,105.00 | $2.04 |
| 163 | JOSE D. PENA OLIVER<br>418 W. Oak St.<br>Hazelton, PA 18201-5729 | $1,047.23 | $1.93 |

| 53 | NEW YORK STATE BANKING DEPARTMENT<br>SARA A. KELSEY, DEPUTY SUPERINTENDENT<br>&, COUNSEL, 1 STATE STREET<br>NEW YORK, NY 10004 | $1,846.90 | $3.41 |

**TOTAL SMALL DIVIDENDS:**                                                                                  **$        73.86**

Dated: New York, New York
          March 22, 2017

                                         /s/ John S. Pereira, Trustee
                                        JOHN S. PEREIRA
                                        Chapter 7 Trustee
                                        641 Lexington Avenue, 13th Floor
                                        New York, New York 10022
                                        (212) 758-5777