

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Attn: Lehman Brother Holdings Inc.
One Bowling Green
New York, NY 10004-1408
USA



Geneva, April 17 2018
Our ref: ECU

Re:   Lehman Brothers Holding Inc., et al., Debtors
      Chapter 11, Case No. 08.13555(JMP) (Jointly Administred)
      **TRANSFER OF CLAIM – TO BE CANCELLED**

Dear Sirs,

Acting as authorised representatives of Landolt & Cie SA, please cancel our request for the transfer of a portion of the claim number 55837.04 filled in the name of Banque Pictet & Cie SA (Transferor) to Landolt & Cie SA (Transferee). This transfer has been asked by error. Please accept our sinceres apalogizes.

We would be much appreciative if you could acknowledge receipt of the present request and confirm the cancellation of the claim transfer, either by email (lanbackoff@landoltetcie.ch), fax (+41.21.321.33.59), telephone (+41.21.321.33.86.) or post mail to the attention of Mr. Gaëtan Chabbey.
Should you needed any further information, please do not hesitate to contact the above-named.

Yours sincerely,

Landolt & Cie SA

Gaëtan Chabbey                    Christos Bertalan
Assistant Vice-President          Authorized Officer

BANQUIERS DEPUIS 1780
LANDOLT & CIE SA    CHEMIN DE ROSENECK 6    CH 1006 LAUSANNE    SUISSE    T +41 21 320 33 11    F +41 21 321 33 00
WWW.LANDOLTETCIE.CH    CHE-105.925.897 TVA